# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLINTON LEWIS,** : | **CIVIL ACTION NO. 3:20-1925** |
| **Petitioner** : | |
| **v.** : | **(JUDGE MANNION)** |
| **E. BRADLEY,** : | |
| **Respondent** : | |

## ORDER

Presently before the Court is an April 15, 2021 letter from Respondent, indicating that, in response to an inquiry by Lewis, they searched their case file and found that Petitioner had served them with both a copy of a motion for enlargement of time within which to file his traverse, and his traverse. Thus, Respondent now forwards those documents to the Court.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Clerk of Court shall extract Petitioner's documents from Respondent's April 15, 2021 letter (Doc. 13). Using the mailing date as the file date, the Clerk shall docket and file the Petitioner's motion for an extension of time and the Petitioner's traverse as separate documents. The Clerk shall then provide the petitioner with a copy of the updated docket.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 15, 2021**
20-1925-02