UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON LEWIS, : | CIVIL ACTION NO. 3:20-1925 |
| Petitioner : | |
|  : | (JUDGE MANNION) |
| v. : | |
| WARDEN E. BRADLEY : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. The dismissal is without prejudice to Petitioner's right to seek authorization from the appropriate court of appeals to file a second or successive §2255 motion in accordance with 28 U.S.C. §§2244 and 2255(h).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  April 28, 2022**
20-1925-01-ORDER